10:27 ⌄  .ıl 5G E

🔒 my.adp.com  ↻

| CO. RCA | FILE 073848 | DEPT. 129900 | CLOCK 1197 | VCHR. NO 0000053786 | 1 |

3494-0003

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE WA 98109

## Earnings Statement 

| Period Beginning: | 01/24/2021 |
| Period Ending: | 01/30/2021 |
| Pay Date: | 02/05/2021 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Tax blocked

ASHLEY B BELLAMY
6520 RICO RD
PALMETTO GA 30268

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 37.62 | 564.30 | 2,423.25 |
| Overtime | | | | 412.88 |
| Holiday O/T | | | | 204.30 |
| Holiday Pay | | | | 240.00 |
| Personal Time | | | | 315.00 |
| **Gross Pay** | | | **$564.30** | 3,895.43 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.28 | 1.40 |
| Hsa Er | 23.14 | 115.70 |
| Personal Balnce | | 3.75 |
| Tot Work Hours | | 37.62 |
| Vacation Balnce | | 10.97 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING

**Additional Tax Withholding Information**
Taxable Marital Status
  GA    Single
Exemptions/Allowances:
  GA    0

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -29.26 | 212.89 |
| | Medicare Tax | -6.84 | 49.79 |
| | GA State Income Tax | -18.71 | 155.32 |
| | **Other** | | |
| | Critic Illness | -0.75 | 3.75 |
| | Hsa | -33.33* | 166.65 |
| | Pre-Tax Dental | -9.92* | 49.60 |
| | Pre-Tax Medical | -48.00* | 240.00 |
| | Pre-Tax Vision | -1.38* | 6.90 |
| | **Net Pay** | **$416.11** | |
| | Checking Dep. | -416.11 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $471.67

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE WA 98109

| Advice number: | 00000053786 |
| Pay date: | 02/05/2021 |

Deposited to the account of
ASHLEY B BELLAMY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1909 | xxxx xxxx | $416.11 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

10:27   🔒 my.adp.com   ↻   5G E

| CO. | FILE | DEPT. | CLOCK | VCHR NO |
|---|---|---|---|---|
| RCA | 073848 | 129900 | 1197 | 0000063636  1 |

3358-0003

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE  WA 98109

**Earnings Statement**   ADP

Period Beginning:   01/31/2021
Period Ending:   02/06/2021
Pay Date:   02/12/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Tax blocked

**ASHLEY B BELLAMY**
**6520 RICO RD**
**PALMETTO GA 30268**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 30.58 | 458.70 | 2,881.95 |
| Personal Time | 15.0000 | 3.00 | 45.00 | 360.00 |
| Overtime | | | | 412.88 |
| Holiday O/T | | | | 204.30 |
| Holiday Pay | | | | 240.00 |
| **Gross Pay** | | | **$503.70** | 4,399.13 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.28 | 1.68 |
| Hsa Er | 23.14 | 138.84 |
| Personal Balnce | 2.60 | |
| Tot Work Hours | 30.58 | |
| Vacation Balnce | 11.75 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -25.50 | 238.39 |
| | Medicare Tax | -5.96 | 55.75 |
| | GA State Income Tax | -15.23 | 170.55 |
| | **Other** | | |
| | Critic Ilness | -0.75 | 4.50 |
| | Hsa | -33.33* | 199.98 |
| | Pre-Tax Dental | -9.92* | 59.52 |
| | Pre-Tax Medical | -48.00* | 288.00 |
| | Pre-Tax Vision | -1.38* | 8.28 |
| | **Net Pay** | **$363.63** | |
| | Checking Dep. | -363.63 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status
GA   Single
Exemptions/Allowances:
GA   0

* Excluded from federal taxable wages
Your federal taxable wages this period are $411.07

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE  WA 98109

Advice number:   00000063636
Pay date:   02/12/2021

Deposited to the account of
ASHLEY B BELLAMY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1909 | xxxx xxxx | $363.63 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**





10:28

5G E

🔒 my.adp.com

| CO. FILE DEPT. CLOCK VCHR NO |
|---|
| RCA 073848 129900 1197 0000040973 1 |

3744-0003

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE WA 98109

### Earnings Statement


Period Beginning: 01/10/2021
Period Ending: 01/16/2021
Pay Date: 01/22/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Tax blocked

**ASHLEY B BELLAMY**
**6520 RICO RD**
**PALMETTO GA 30268**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 36.08 | 541.20 | 1,395.15 |
| Personal Time | 15.0000 | 2.00 | 30.00 | 285.00 |
| Holiday Pay | | | | 120.00 |
| **Gross Pay** | | | **$571.20** | 1,800.15 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -29.69 | 94.43 |
| | Medicare Tax | -6.94 | 22.08 |
| | GA State Income Tax | -19.11 | 62.31 |
| | **Other** | | |
| | Critic Ilness | -0.75 | 2.25 |
| | Hsa | -33.33* | 99.99 |
| | Pre-Tax Dental | -9.92* | 29.76 |
| | Pre-Tax Medical | -48.00* | 144.00 |
| | Pre-Tax Vision | -1.38* | 4.14 |

| Net Pay | $422.08 |
|---|---|
| Checking Dep. | -422.08 |
| **Net Check** | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.28 | 0.84 |
| Hsa Er | 23.14 | 69.42 |
| Personal Balnce | 2.05 | |
| Tot Work Hours | 36.08 | |
| Vacation Balnce | 9.40 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY
DUE TO CALCULATION METHOD AND ROUNDING

**Additional Tax Withholding Information**
Taxable Marital Status
GA   Single
Exemptions/Allowances:
GA   0

* Excluded from federal taxable wages
Your federal taxable wages this period are $478.57

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE WA 98109

Advice number: 00000040973
Pay Date: 01/22/2021



Deposited to the account of
ASHLEY B BELLAMY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1909 | xxxx xxxx | $422.08 |

**NON-NEGOTIABLE**