# Law Office of Thomas F. Tierney

430 Prime Point
Suite 202
Peachtree City, GA 30269
(770) 631-1100

Thomas F. Tierney

Facsimile (770)892-1864

April 19, 2021

**CONFLICT LETTER**
Clerk, Bakruptcy Court

Re:  **Debtor - Ashley Bellamy**
Case No. 21-53029

**Robinson v. Robinson**
**Superior Court Coweta County**
Civil Action File No. SUV2020001386

Dear Sir/Madam:

I am to appear for a Hearing in the **Robinson** matter on Tuesday, May 18, 2021 at 9:00 a.m. in Coweta County Superior Court. I am also scheduled to appear for a 341 meeting with the creditors via phone in the **Bellamy** matter on May 18, 2021 at 11:00 a.m.

Pursuant to Rule 17.1, Uniform Superior Court rules, this is to notify all affected judges, attorneys and parties to the above-referenced cases. This is to certify that there are no other counsel for the party ( or parties ) that can adequately handle and protect the client's interest in these actions.

I will first appear in Coweta County Superior Court and then attend the 341 meeting via phone.

Please let me know if there are any problems with this request.

Sincerely,

Thomas F. Tierney
Attorney at Law

TFT/ed

CC Doug Dreyer